DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE LAROSE,**
Appellant,

v.

**SHEILA LECORPS,**
Appellee.

No. 4D2025-0294

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kevin P. Tynan, Judge; L.T. Case No. DVCE-24-019563.

Josue Larose, Miramar, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***